May Term, 1838.

TUCKER
v.
TIPTON.

---

*Monday, June 4.*

---

TUCKER *v.* TIPTON.

In a suit by the assignee against the maker of a promissory note, not payable and negotiable at a chartered bank, the defendant may prove, under the general issue, a want or failure of the consideration.

ERROR to the *Cass* Circuit Court.

*Monday, June 4.*

DEWEY, J.—Assumpsit by the assignee against the maker of a promissory note, not payable and negotiable at a bank in this state. Plea, the general issue. Judgment for the plaintiff.

67

May Term,   On the trial below, the defendant offered evidence that the
1838.   note had been given without consideration, or that the consi-
TUCKER   deration had failed.   The testimony was rejected by the
v.   Court: the defendant excepted.   This is the only error as-
TIPTON.   signed.

We see no ground on which the decision of the Circuit
Court can be sustained.

At common law, evidence of a total want or failure of con-
sideration, in actions founded upon simple contracts, (except-
ing negotiated bills of exchange,) is admissible under the gene-
ral issue.   2 Stark. Ev. 169, 170.—1 Chitt. Pl. 511.—*Sill* v.
*Rood*, 15 Johns. 230.   Since the statute of *Anne*, this doctrine
is equally applicable to promissory notes in *England*.

In this state, such promissory notes only as are made paya-
ble and negotiable at a chartered bank in the state, are govern-
ed by the law merchant.   R. C. 1831, p. 94.   Other notes are
made assignable by the same statute; but the maker of them
is entitled to the same defence against an assignee, which he
might have had against the payee.   His common law right to
prove entire want or failure of consideration under the general
issue, is not impaired by that statute; nor is it affected by the
statute authorising special pleas alleging the want or failure
of consideration, entirely or in part, in actions on specialties
or other contracts.   R. C. 1831, p. 405.   This point was de-
cided in the case of *Jamison* v. *Buckner*, 2 Blackf. 77.   We
adhere to this decision.

In actions upon simple contracts not protected by the law
merchant, the defendant has a right to give a want or failure
of consideration in evidence under the general issue, either
against the payee or assignee of the instrument sued on.

*Per Curiam.*—The judgment is reversed, and the proceed-
ings subsequent to the issue set aside, with costs.   Cause re-
manded, &c.

*I. Naylor* and *J. W. Wright*, for the plaintiff.
*H. Chase, C. Fletcher*, and *O. Butler*, for the defendant.